**Lloyd E. WHITT, Plaintiff/Appellant,**

v.

**CUPPLES PRODUCTS, H.H. Robertson Company, Defendant/Respondent.**

**No. 73013.**

Missouri Court of Appeals,
Eastern District,
Division One.

May 12, 1998.

Harry J. Nichols, St. Louis, for plaintiff/appellant.

Maureen L. Cary, St. Louis, for defendant/respondent.

Before GRIMM, P.J., and PUDLOWSKI and GARY M. GAERTNER, JJ.

*ORDER*

PER CURIAM.

This is a workers' compensation case. Employee obtained an award from employer and the Second Injury Fund for a 1991 injury. Thereafter, employee sought to reopen the award against employer based on a change of medical condition. The Commission found it lacked subject matter jurisdic-

tion and affirmed the administrative law judge's decision dismissing for lack of jurisdiction. Employee appeals.

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum for their information only, setting forth the facts and reasons for this order. The judgment is affirmed pursuant to Rule 84.16(b).